IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )
                               )
        v.                     )      No. 3:11-PO-8
                               )
MATTHEW OVERFIELD,             )      (GUYTON)
                               )
                Defendant.     )

## O R D E R

This case is before the Court[1] on the Defendant's Third Motion for Extension of Reporting

Date [Doc. 7], filed on October 12, 2011. On February 23, 2011, the Defendant entered a guilty plea

to driving on a cancelled, suspended, or revoked license and to refusal to submit to a blood alcohol

content test. He was sentenced [Doc. 1] to a thirty-day term of incarceration and was permitted to

self-report to an institution designated by the Bureau of Prisons (BOP). This Court has twice [Docs.

4 and 6] extended the Defendant's report date due to the Defendant's health problems and surgeries

treating same. The Defendant is presently scheduled to report to a BOP facility in Bowling Green,

Kentucky, on October 16, 2011. The Defendant now asks that this report date be extended to

February 16, 2012, to permit a bone graft performed on July 14, 2011, to heal. The Defendant has

provided medical documentation that his bone graft would take six to nine months to heal.

On October 13, 2011, the Court conducted a telephone conference with the parties. Assistant

United States Attorney J. Edgar Schmutzer participated on behalf of the Government. Assistant

_____

[1]United States Magistrate Judge C. Clifford Shirley ruled on this matter on behalf of
United States Magistrate Judge H. Bruce Guyton.

1

Federal Defender Laura Davis represented the Defendant. Attorney Davis explained the need for additional time to the Court, and the Government confirmed that it did not object to the request for an extension of the report deadline.

The Court finds that the Defendant has shown good cause for an extension of the October 16, 2011 report date. Accordingly, the Defendant's Third Motion for Extension of Reporting Date [**Doc. 7**] is **GRANTED**. The Defendant's report date is extended to **February 16, 2012**. The parties are to participate in a telephone conference on **January 12, 2012, at 11:00 a.m.** At that time, defense counsel will inform the Court about (1) the Defendant's medical condition and whether he is able to report on February 16, 2012, as ordered; (2) any medications or restrictions relevant to the Defendant's medical condition that the Defendant will need while incarcerated; and (3) whether the BOP facility at Bowling Green, Kentucky, is still able to accept the Defendant on February 16, 2012.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge